IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Belinda Davis, :
                    Petitioner :
                                          :
          v.                              :          No. 691 C.D. 2018
                                          :
Department of Human Services, :
                    Respondent :

## **O R D E R**

NOW, May 13, 2019, upon consideration of petitioner's application for reconsideration, the application is denied.

MARY HANNAH LEAVITT,
President Judge
